**Order entered January 17, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00651-CV

**ANDREW WHITE AND CHELSEA BALESTRA, Appellants**

**V.**

**NHI-REIT OF AXEL, LLC, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07841**

## ORDER

We **REINSTATE** this appeal as appellee has informed us, by motion filed January 6, 2020, the bankruptcy that resulted in the abatement of this appeal has been dismissed. *See* TEX. R. APP. P. 8.3.

As the briefing appears complete, the appeal will be set for submission in due course.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE